UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND | ) |
| | ) |
| | ) |
| v. | )   No. 3:07-0476 |
| | )   Judge Echols |
| WALLS ELECTRIC CONTRACTING, | ) |
| INC, and PAUL WALLS[1] | ) |

## O R D E R


Pursuant to the Stipulation of Dismissal With Prejudice (Docket Entry No. 30), the show cause hearing set in this matter on Monday, March 31, 1008, is cancelled and this action is hereby DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.


_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

---

[1]A Notice of Voluntary Nonsuit was filed with respect to Paul Walls and the claims against him were dismissed on June 28, 2007 (Docket Entry No. 16).